# UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

ANTHONY MILANO,

    Plaintiff,

v.

COMMISSIONER OF SOCIAL SECURITY,

    Defendants.

ORDER ON APPLICATION TO PROCEED WITHOUT PREPAYMENT OF FEES

Case Number: 10-6740 (FSH)

Having considered the application to proceed without prepayment of fees under 28 U.S.C.§ 1915;

IT IS ORDERED that the application is:

☑ GRANTED, and

   ☑ The Clerk is directed to file the complaint, and

   ☑ IT IS FURTHER ORDERED that the clerk issue summons and the United States Marshal serve a copy of the complaint, summons and this order upon the defendant(s) as directed by the plaintiff. All costs of service shall be advanced by the United States.

☐ DENIED, for the following reasons:

_____

_____

   ☐ and the Clerk is directed to close the file.

Plaintiff may submit a filing fee of $350.00 within 30 days from the date of this order to reopen this case.

ENTERED this 3rd day of January, 2011.

_____
Hon. Faith S. Hochberg, United States District Judge